Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN HIGGINS, | Case No. 5:24-cv-02601 |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| CITIBANK, N.A.; and DOES 1-10 inclusive, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled in its entirety. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming.

-1-

Notice of Settlement

This Court shall retain jurisdiction over this matter until fully resolved.

Dated: January 30, 2025

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:   /s/ Todd M. Friedman
                          Todd M. Friedman
                          Law Offices of Todd M. Friedman, P.C.
                          Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On January 30, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on January 30, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiffs