# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HIGGINS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.; and DOES 1-10 inclusive,<br><br>        Defendants. | CASE NO.<br><br>5:24-cv-02601-KK-SHKx<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 29th of May, 2025

_____

Honorable Judge Kenly Kiya Kato